UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Charles Wolff</u>

       v.                         Case No. 06-cv-321-PB

<u>NH Department of Corrections</u>

O R D E R

After due consideration of the objection/response filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 26, 2007.

SO ORDERED.

February 20, 2007                       /s/ Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

cc:    Charles Wolff, Pro Se
        Andrew Livernois, Esq.