CHARLES DAY WOLFF
v.
NEW HAMPSHIRE
DEPARTMENT OF
CORRECTIONS.
CASE NUMBER - 1:06-CV-34

SEPTEMBER 13TH 2007

"MOTION"

1. ATTACHED PLEASE FIND MY INMATE REQUEST SLIP DATED MONDAY 9-3-2007 TO MR. NICK STACY C/O KITCHEN IN REGUARDS TO THE EMERGENCY INJUNCTIVE RELIEF HEARING HELD BEFORE HIS HONOR MAGISTRATE UNITED STATES JUDGE JAMES R. MULHEAD ON AUGUST 1ST 2007. IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF NEW HAMPSHIRE IN CONCORD, NEW HAMPSHIRE.

2. MR NICK STACY REPLYED TO MYSELF DATED 9-10-07 ON PAGE 2 OF 2 TELL ME TO GO TO MEDICAL. ON PAGE 2 MR NICK STACY REPLY "I'VE NOT RECEIVED ANY RULING FROM THE COURT" "YOUR KOSHER MEAL IS BEING PROVIDED."

3. AT APX 0530 HOURS ON THIS THURSDAY SEPTEMBER 13TH 2007. I RECEIVED MY BREAKFAST IN DINING HALL NUMBER 1 FROM MR. STEVE DAYTON ON THE SERVING LINE STATING "CHARLIE YOUR BREAKFAST PER MR NICK STACY, IN THE BROWN BAG WERE THREE (3) HARD BOILED EGGS, NITE-KOSHER KITCHEN TOAST, WARM YOGURT, SALAD SUBSTITUTE, JELLY OR THREE (3) C. KITCHEN 1% MILK AXR A 3/4 OZ BOX OF CORN PLANTS.

4. THE ONLY THING I COULD EAT WHICH I DID WAS 3/4 OZ OF CORN FLAKES AND 1 PT OF 1% MILK FOR BREAKFAST.

5. A) I REQUEST THAT THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF NEW HAMPSHIRE, HOLD MR NICK JACX IN CONTEMPT OF COURT.

B. MR. JEFF PERKINS, HOLD IN CHARGES OF PERJURY WHICH HE LIED FOR PROVIDING THE UNITED STATES DISTRICT COURT WITH A FALSE MENU PLAN OF MY KOSHER DAILY MENU ON JULY 17TH 2007. WHICH I PROVED TO BE FALSE IN COURT ON 8-1-2007.

C. MS. JOYCE LEAKA (LEAKA) IN CHARGE OF THE ALCOHOL MEDICAL DEPARTMENT, BE HELD IN CHARGES OF PERJURY STATING FALSE INFORMATION IN THE COURT ON 8-1-2009 BEING UNDER OATH.

D. MR ANDREW R. LIVERNOIS BE HELD IN VIOLATION OF HIS LICENSE TO PRACTICE LAW FOR PROVIDING FALSE ACCOUNT TO THE COURT ON 8-1-2007 OF MYSELF HEARD BY MS JOYCE LEAKA.

6. THE UNITED STATES DISTRICT COURT OR THE DISTRICT OF NEW HAMPSHIRE ORDER THE DEPARTMENT OF CORRECTIONS OF THE STATE OF NEW HAMPSHIRE TO PROVIDE MYSELF WITH THREE (3) KOSHER NUTRITIOUS MEALS THAT I CAN CONSUME WITHOUT BECOMING ILL.

7. (A). THAT THE UNITED STATES DISTRICT COURT OF THE DISTRICT COURT OF NEW HAMPSHIRE GRANT MYSELF THE AWARD OF MY SUIT TO INCLUDE A PROPER KOSHER DIET AND TRUE MEDICAL CARE.

(B) GRANT MYSELF THE REQUESTED COMPENSATORY DAMAGES OF $10,000,000.00.

(C) TO GRANT MYSELF PUNITIVE DAMAGES TO THE LIMIT OF THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF NEW HAMPSHIRE FOR THE ANTI-SEMITE ACTIONS BEING MOTIVED BY EVIL INTENT AND THE KITCHEN AND MEDICAL STAFF. THIS IS THE RELIEF I REQUEST.

REASON: THE DEPARTMENT OF CORRECTIONS OF THE STATE OF NEW HAMPSHIRE BY THE ACTIONS OF MR NICK STACY IS DEFIANT AND IS CHALLENGING HIS HONOR MAGISTRATE UNITED STATES JUDGE JAMES R. MUIRHEAD AND THE FEDERAL COURT SYSTEM. THIS CAN NOT BE ALLOWED.

2. THE DEPARTMENT OF CORRECTIONS OF THE STATE OF NEW HAMPSHIRE WILL NOT TAKE ANY ACTION UNTIL THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF NEW HAMPSHIRE TAKES A POSITIVE ACT

AGAINST THE DEPARTMENT OF CORRECTION AND IT'S EMPLOYEES OF THE STATE OF NEW HAMPSHIRE.

3. N CORRECTIONS OFFICER MARK JORDAN STATED "THE UNION WILL DO NOTHING THAT MUIRHEAD TELL THEM TO DO."

RESPECTFULLY SUBMITTED

Charles Jay Wolff

CHARLES JAY WOLFF

## CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED THIS DAY WITH U.S. POSTAGE PREPAID FOR EVIDENCE TO ATTORNEY ANDREW B. LIVERNOIS ESQUIRE 33 CAPITAL STREET CONCORD, NH 03301-6397