# INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM

MONDAY
DATE: 9-3-2007

FROM: MR. WOLFF  CHARLES  J   ID #: 24322
        Last Name      First Name    Middle Initial      PAGE 1 OF 2

CONCORD, NH  SOUTH DIVISION  1A- 10B   B
   Facility      Housing Unit  POD  Cell   Work/Shift

INMATE REQUEST: GOODMORNING.
① PLEASE BE ADVISED THAT AT LUNCH TODAY YOUR INMATE
LINE SERVER GAVE ME INMATE CHARLES "PAUL" BROWN BAG
WHICH HAD HARD BOILED EGG IN IT ② I RETURNED THE BAG TO
THE AND EXPLAINED THE PROBLEM, I WAS TOLD HOW YOU KNOW,
I SAID READ THE BAG, HE SAID WHAT DID YOU TAKE (DID THIS
OR ANY INMATE OR STAFF HAVE A HEALTH EXAM?) I ASKED FOR
MY BAG WHICH ALSO HAD HARD BOILED EGGS IN IT. DID NOT
FEDERAL MAGISTRATE UNITED STATES JUDGE JAMES R. MUIRHEAD
IN A POLITE WAY TELL YOU NO EGGS FOR ME. I THANK YOU ③
               cc FOR COURT

(If you need more space, use plain paper.)       Chrs J Wolff
                                                 Inmate Signature

ONLY
→ TO: MR. RICK STACY c/o KITCHEN      DATE: 6 Sept 07

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____ FYI _____
_____

                                    Jim Brown ch
                                    Staff Signature

*********************************************************

FROM: R Stacy      DATE: 9-10-07
Staff Member Name/Office

REMARKS: Your Kosher meal is being provided
for you. If you have any question on
your diet + what you can or can't have.
please ask the Medical Dept.
_____
_____

RECEIVED WEDNESDAY
SEPTEMBER 14TH 2007.      Richard Stacy
FOR U.S. DISTRICT court        Staff Signature

                    Received By  Chrs J Wolff
                                 Inmate Signature

# INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM.  Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

MONDAY

TO:  Unit Supervisor, Security Lieutenant, CC/CM                    DATE: 9-3-2007

FROM: MR. WOLFF          CHARLES          )          ID #: 24322
    Last Name        First Name      Middle Initial          PAGE 2 OF 2

CONCORD, NH SOUTH DIVISION   1A - 10B          B
    Facility        Housing Unit   POD  Cell      Work/Shift

INMATE REQUEST: JUDGE JAMES A. MUIRHEAD ALSO STATED THREE (3) NUTRITIOUS MEALS FOR MYSELF PER DAY. IS A HALF OF OF POTATO CHIPS AND APPLE SAUCE AS SOLID FOOD A NUTRITIOUS MEAL FOR MYSELF A DIABETIC. (4) THE PRISONS DEAD LINE WAS ON AUGUST 22ND 2007, AND I VIOLATION OF THE COURT ORDER. (5) QUESTION DO YOU OR JEFF PERKINS WANT TO TEST THE COURT. (6) NOTE N.H. ATTORNEY GENERAL OFFICE OR GOVERNOR JOHN H. LYNCH HAS NO POWER OVER THE UNITED STATES DISTRICT COURT. (7) I THANK YOU FOR FIXING MY PROBLEM (LETS TALK).                    RESPECTFULLY,
    Chuck Wolff

(If you need more space, use plain paper.)                    Inmate Signature

ONLY
TO: MR. RICK STACY C/O KITCHEN                    DATE:

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

_____

_____

    *Staff Signature*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FROM: R. Stacy                    DATE: 9-10-07
Staff Member Name/Office

REMARKS: IVE Not recieved Any ruling from the court. Your Kosten meal is being provided.

_____

_____

RECEIVED WEDNESDAY SEPTEMBER, 19th 2007 FOR U.S. DISTRICT COURT

    Richard Stacy
    Staff Signature

Received By   Chuck Wolff
    Inmate Signature

White - Offender Records Office          Yellow - Inmate          Pink - Staff          SP-014 (a) Rev. 11/06

DATE: SEPTEMBER 13TH 2007
NAME: WOLFF U. DEPARTMENT OF CORRECTION
CASE NUMBER - 1: 06-CV-321
DOCUMENT NUMBER - 18