**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Charles Jay Wolff

   v.                                        Civil No. 06-cv-321-PB

New Hampshire Department
of Corrections, et al.

### **O R D E R**

Plaintiff has filed a hard-boiled egg as part of his preliminary injunction request.

#### Discussion

> No fan I am
> Of the egg at hand.
> Just like no ham
> On the kosher plan.
>
> This egg will rot
> I kid you not.
> And stink it can
> This egg at hand.
>
> There will be no eggs at court
> To prove a clog in your aort.
> There will be no eggs accepted.
> Objections all will be rejected.
>
> From this day forth
> This court will ban
> hard-boiled eggs of any brand.
> And if you should not understand
> The meaning of the ban at hand
> Then you should contact either Dan,
> the Deputy Clerk, or my clerk Jan.

```
            I do not like eggs in the file.
            I do not like them in any style.
            I will not take them fried or boiled.
            I will not take them poached or broiled.
            I will not take them soft or scrambled
            Despite an argument well-rambled.

            No fan I am
            Of the egg at hand.
            Destroy that egg!
            Today! Today!
            Today I say!  Without delay!
```

**SO ORDERED** (with apologies to Dr. Seuss).

_____
James R. Muirhead
United States Magistrate Judge

Date:     September 18, 2007

cc:       Charles Jay Wolff, pro se
          Andrew Livernois, Esq.