SEPTEMBER 19TH 2007

CHARLES JAY WOLFF
24322
SOUTH DIVISION-1A
281 NORTH STATE STREET
CONCORD, NH 03301

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2007 SEP 21   A 11:00

GOODMORNING. JAN, HIS HONOR MAGISTRATE JUDGE JAMES R. MUIRHEAD PERSONAL CLERK.

AFTER THE REVIEW OF HIS HONOR MAGISTRATE JUDGE JAMES R. MUIRHEAD'S MARVELOUS STYLOGRAPHY WORK OF THOUGHT

IT IS CLEAR THAT THE UNITED STATES DISTRICT COURT HAS THE SAME FEELINGS OF "GREEN EGGS AND HAM" AS I DO.

PLEASE NOTE, MY ACTION WAS NOT MEANT TO UPSET AND I AM APOLOGETIC FOR ANY AND ALL DISCOMFIT TO THE UNITED STATES DISTRICT COURT AND ITS STAFF.

RESPECTFULLY,
Charles J Wolff