UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Charles Wolff

      v.                        06-cv-321-PB

NH Department of Corrections

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 17, 2007.

SO ORDERED.

October 30, 2007           /s/ Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

cc: Charles Wolff, Pro Se
     Nancy Smith, Esq.